**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 21-6066**

TITUS LEE,

        Plaintiff - Appellant,

   v.

ANGELA MASTANDREA-MILLER, Assistant United States Attorney; ADAM ULERY, Special Agent; DIANA C. DELUCA, United States Probation Officer,

        Defendants Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Henry E. Hudson, Senior District Judge.  (3:20-cv-00318-HEH-RCY)

Submitted: June 24, 2021                      Decided: June 29, 2021

Before KING and THACKER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Titus Lee, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Titus Lee appeals the district court's order dismissing under 28 U.S.C. § 1915A(b) his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Lee v. Mastandrea-Miller*, No. 3:20-cv-00318-HEH-RCY (E.D. Va. Dec. 17, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2